NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ROBERT W. STEELE,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

———————————

2013-3065

———————————

Petition for review of the Merit Systems Protection Board in No. CH0752120680-I-1.

-------------------------------------------------------------------

**ROBERT W. STEELE,**
*Petitioner,*

**v.**

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

———————————

2014-3055

———————————

Petition for review of the Merit Systems Protection Board in No. CH-0752-12-0680-L-1.

———————————

# O R D E R

Upon further consideration, the court construes Robert W. Steele's April 3, 2014 submissions, Docket Entry 33 in Appeal No. 13-3065, as his entry of appearance, informal brief, Rule 15(c) statement concerning discrimination, and motion and declaration for leave to proceed in forma pauperis in Appeal No. 14-3055.

Accordingly,

IT IS ORDERED THAT:

(1) The clerk's office shall file Docket Entry Nos. 33 and 35 from Appeal No. 13-3065 in Appeal No. 14-3055.

(2) The Department of Agriculture shall file its informal brief in Appeal No. 14-3055 within 21 days from the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30